**UNITED STATES COURT OF APPEALS**
**FOR THE SIXTH CIRCUIT**

| | | |
|---|---|---|
| THE OHIO CHAMBER OF COMMERCE, INC., et al., | ) | Case No. 26-4007 |
| Plaintiffs-Appellees, | ) | On Appeal from the United States District Court for the Southern District of Ohio, Eastern Division Case No. 2:26-cv-01077 |
| v. | ) | |
| UNITED HEALTHCARE SERVICES, INC., et al., | ) | |
| Defendant-Appellant. | ) | |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Appellate Procedure 42(b)(1), Plaintiffs-Appellees The Ohio Chamber of Commerce, Inc. and The Ohio Chamber Health Benefit Program Trust, and Defendant-Appellant United HealthCare Services, Inc., (collectively, the "Parties"), by and through the undersigned counsel, hereby stipulate to the dismissal of this appeal, Case No. 26-4007, WITH PREJUDICE, each party to bear its own costs and attorneys' fees on appeal. The Parties have entered into a settlement agreement and will file a joint stipulation of dismissal in District Court Case No. 2:26-cv-01077.

Stipulated and agreed to by:

/s/ Heather L. Stutz (per e-mail auth 11/11/2026)
Heather L. Stutz (0078111)
Jeffrey M. Walker (0096567)
Erin K. Hassett (0099970)
Kathryn M. Brown (0100426)
Squire Patton Boggs (US) LLP
41 South High Street, Suite 2000
Columbus, Ohio 43215
Telephone: (614) 365-2725
Facsimile: (614) 365-2499
heather.stutz@squirepb.com
jeffrey.walker@squirepb.com
erin.hassett@squirepb.com
kathryn.brown@squirepb.com

*Attorneys for Plaintiffs-Appellees The Ohio Chamber of Commerce, Inc. and the Ohio Chamber Health Benefit Program Trust*

/s/ Katheryn M. Lloyd
Katheryn M. Lloyd (0075610)
Michael H. Carpenter (0015733)
Jeffrey A. Lipps (0005541)
David J. Barthel (0079307)
Tadd L. Minton (0100254)
Carpenter Lipps LLP
280 Plaza, Suite 1300
280 North High Street
Columbus, Ohio 43215
Telephone: (614) 365-4100
Facsimile: (614) 365-9145
lloyd@carpenterlipps.com
carpenter@carpenterlipps.com
lipps@carpenterlipps.com
barthel@carpenterlipps.com
minton@carpenterlipps.com

*Attorneys for Defendant-Appellant United HealthCare Services, Inc.*

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was filed electronically on November 11, 2026. Notice of this filing was sent by operation of the Court's electronic filing system. The parties may access this filing through the Court's ECF system.

/s/ Katheryn M. Lloyd
*One of the Attorneys for Defendant-Appellant*
*United HealthCare Services, Inc.*